STATE of Missouri, Respondent,

v.

**Lawrence E. STEWART, Appellant.**

**WD 78174**

Missouri Court of Appeals, Western District.

Order filed: December 8, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied February 2, 2016

Application for Transfer Denied April 5, 2016

Shaun Mackelprang, Jefferson City, for Respondent.

Daniel P. Goldberg, for Appellant.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

PER CURIAM:

Lawrence Stewart appeals his convictions and sentences for the class C felony burglary in the second degree, section 569.170, RSMo 2000, and the class C felony stealing, section 570.030, RSMo Cum. Supp. 2013. Stewart challenges the sufficiency of the evidence to support both convictions. Specifically, he contends that the evidence did not prove beyond a reasonable doubt that (1) the value of stolen air conditioners was $500 or more and (2) he knowingly entered the motel room from which they were stolen unlawfully. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of convictions is affirmed. Rule 30.25(b).